SEPTEMBER 12, 1955

**No. 59284.**—SUIT 4708.—Geo. S. Bush & Co., Inc., et al. *v.* United States.—
—C. D. 1332
affirmed May 25, 1955. C. A. D. 592.

BEFORE THE SECOND DIVISION, SEPTEMBER 22, 1955

**No. 59285.**—E. Miltenberg, Inc. *v.* United States, protest 243074–K (B) (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of dental instruments, the claim of the plaintiff was sustained.

**No. 59286.**—Ascot, Ltd., et al. *v.* United States, protests 243981–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

**No. 59287.**—Brasco Manufacturing Co. *v.* United States, protests 191796–K and 198550–K (Baltimore).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of hot-rolled steel strips similar in all material respects to those involved in Abstract 58580, the claim of the plaintiff was sustained.